

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-97,492-01

## EX PARTE PEDRO ROJAS-ANTONIO, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. DC89-CR2023-0680-1-4*1
## IN THE 89TH DISTRICT COURT
## WICHITA COUNTY

*Per curiam.*

## OPINION

Applicant was convicted of one count of aggravated sexual assault of a child and three counts of indecency with a child by sexual contact. He was sentenced to life imprisonment on the first count and to terms of 20 years' imprisonment on the remaining counts. The Thirteenth Court of Appeals affirmed his conviction. *Rojas-Antonio v. State,* Nos. 13-24-00247-CR, 13-24-00248-CR, 13-24-00249-CR, 13-24-00250-CR (Tex. App.–Corpus Christi-Edinburg July 3, 2025). Applicant filed this

application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was denied his right to file a petition for discretionary review through no fault of his own.

Relief is granted. *Ex parte Riley,* 193 S.W.3d 900 (Tex. Crim. App. 2006). Applicant may file an out-of-time petition for discretionary review of the judgments of the Thirteenth Court of Appeals in cause numbers 13-24-00247-CR, 13-24-00248-CR, 13-24-00249-CR, and 13-24-00250-CR. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: April 16, 2026
Do not publish